Exhibits

Exhibit 1
- Barbara Ann Dibble Oath of Office

Exhibit 2
- Rhonda Lynn Best Oath of Office

Exhibit 3
- Motion Notice of Recission of Signature

Exhibit 3A
- Response from Prosecutor Barbara Ann Dibble denying my motion Notice of Recission of Signature

- Barbara Ann Dibble enforcing the revoke of my probation stating I can't take my signature off they forced me to sign.

Exhibit 3B
- Notice of Hearing for Probation Violation

Exhibit 3C
- Motion Filed by Probation Officer Erika using False Statements

Exhibit 4
- Public Records Request for Surety Bond, Oath of Office and License to Practice Law for Rhonda-Lynn Best and Barbara-Ann Dibble

Exhibit 5
- Motion for Public Hearing to Put the Notice Cease and Desist to Gabriel Wedge (chief) on the court record

Exhibit 5A
- Notice of Federal Law Violations Cease and Desist and Preservation of Rights to Chief Gabriel Wedge

Exhibit 6
- Affidavit of Rebecca-Ann: Cook

Exhibit 7
- Notice of Liability to Rhonda Lynn Best, Barbara Ann Dibble and Wilson Alexander Smith

Exhibit 8

- Motion of Vacate Void Judgements, Emergency motion to Stay Probation, Notice of (Non) Agency, Estoppel, and with Supporting Law.

Exhibit 9

- The Ohio Attorney General Dave Yost Collection Enforcement Section to Collect Court Cost and Fines on Behalf of Tiffin-Fostoria Municipal Court.