EXIBIT #1

# OATH OF OFFICE
## ASSISTANT DIRECTOR OF LAW FOR THE CITY OF FOSTORIA, OHIO

I, Barbara A. Dibble, do hereby affirm that I will support the constitution of the United States of America and the constitution of the State of Ohio, and the charter of the City of Fostoria, Ohio, and that I will faithfully, honestly, and impartially discharge the duties of the office of Assistant Director of Law according to the best of my ability and understanding, so help me God.

_____
Barbara A. Dibble

STATE OF OHIO        )
                     )SS:
COUNTY OF SENECA     )

Sworn to before me and subscribed in my presence this 4th day of January, 2016.

TIMOTHY J. HOOVER
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 Ohio Rev. Code

_____
Timothy J. Hoover,
Notary Public, State of Ohio