

EXHIBIT #2

## JUDICIAL OATH OF OFFICE
(Pursuant to R.C. 3.23)

10¢

FILED
COMMON PLEAS COURT
SENECA COUNTY, OHIO
23 DEC 28 PM 2:20
STEPHANIE C. HICKS
CLERK
2MS0633

I, RHONDA LYNN BEST, do solemnly swear that I will support the Constitution of the United States and the Constitution of Ohio, will administer justice without respect to persons, and will faithfully and impartially discharge and perform all of the duties incumbent upon me as **JUDGE OF THE TIFFIN - FOSTORIA MUNICIPAL COURT**, according to the best of my ability and understanding.

This I do as I shall answer unto God.

December 28, 2023

RHONDA LYNN BEST

### CERTIFICATION

We hereby certify that we administered the foregoing Judicial Oath of Office to **JUDGE RHONDA LYNN BEST**, of the Tiffin - Fostoria Municipal Court, for a term of office beginning, December 28, 2023, and ending December 31, 2025.

Steve C. Shuff, Judge
Seneca County Common Pleas Court

Jay A. Meyer, Judge
Seneca County Common Pleas Court

December 28, 2023

Damon D. Alt, Judge
Seneca County Common Pleas Court

## FAKE OATH TO WE THE PEOPLE

JR 191 PG 9