Plain-simple-English & Plain-Simple-Counting-Systems

Non-negotiable

Roberts rules of order apply In plain language to aid your understanding
CEO and or Persons with significant control

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent
Silence is Acquiescence

## Notice of Rescission of Signature

*EXIBIT #3*

Date 01/19/2026

:Rebecca-Ann:Cook.
Authorized Representative for REBECCA ANN COOK and all derivatives thereof
Care of: 602 South Main Street
Fostoria Ohio
Principal.


TIFFIN-FOSTORIA MUNICIPAL COURT (FOS)
Private and Confidential For: Judge Rhonda Lynn Best
213 South Main Street
Fostoria, Ohio USA, 44830
Respondent.

Regarding: Case No.(s): TRD 2403704A, TRD 2403704B, TRD 2403041, TRD 2403040, TRD 2402451


Greetings Judge Rhonda Lynn Best: I hope this **Notice of Rescission of Signature** (Hereinafter "Notice") finds you in sound health and good stead.

The purpose of this Notice is to inform you that I have decided to rescind my signature from all Contracts associated with the above named case numbers, effective immediately.

I realize I am contacting you after the normal 72-Hour Right to Rescission period. However Supreme Court
Ruling permits such rescission as this for reason of "Mistake".

Recently, I have reviewed the Contract associated with the above mentioned case numbers and I have found errors that indicate possible fictitious use of language, which led to me mistaking the facts on the contract. In addition to possible violation of **Title 15 U.S.C.§ 1692 and** possible violation of **Title 28 U.S.C. §455** and possible violation of **Federal Rule of Civil Procedure, rule 11(a)** which is associated with **Title 28 U.S.C. §2072.**

As a result of mistake, I have decided to rescind the signature from all contracts effective immediately.

If for any reason you are unable to rescind the signature, please respond back in writing within (ten) 10 business days at the address above and kindly include two items:

1. The specific reason why you are unable to rescind the signatures from all contracts.

2. Any federal, state or local law, statue, or code to substantiate your inability to comply with this Notice.

Otherwise, within 30 (thirty) days, please provide me with a written confirmation that you have rescinded the signature from all Contracts associated with the above-mentioned case numbers.

Any failure by you to provide written confirmation of the rescinding of the signature within the timeframe provided will be received by me as your tacit

agreement and consent to me invoicing you $1,000.00 per day retroactive to the date of the mailing of this Notice.

Further, if I need to bring any court action against you or your agents regarding this matter. I will assume failure by you to provide written confirmation as your consent and tacit agreement to waive all your rights to rebut all such court claims as I may bring.

So please govern yourself accordingly.

                                  Sincerely,
                        *Rebecca-Ann: Cook*
                              :Rebecca-Ann:Cook.

Authorized Representative for REBECCA ANN COOK and all derivatives thereof
:Copy-right/Copy-claim. All rights reserved
No Liability. Errors & Omissions Excepted
WITHOUT PREJUDICE – NON-ASSUMPSIT – Calls may be recorded