TIFFIN-FOSTORIA MUNICIPAL COURT
213 S. Main St. Box 985
Fostoria, Ohio 44830

(419) 435-8139

FILED TIFFIN-FOSTORIA
MUNICIPAL COURT
OHIO

State Of Ohio (Fos)      vs.       )
                                   )
2026 JAN 28  A  9:28   Case No. TRD 2403704 A
                                   )
                                   )
                                   )
Cook, Rebecca A                    )
602 S MAIN ST                      )
FOSTORIA, OH 45840                 )  **NOTICE OF HEARING**

\* \* \* \* \* \* \* \* \* \* \*

You are hereby notified that the above case has been assigned for:

Preliminary Hearing....:

Motion to Suppress.....:

Pre-Trial..............:

Trial..................:

PROBATION VIOLATION    : FEBUARY 17, 2026 AT 9:15AM

EXHIBIT #3B

Jan 28, 2026

_____
Chief Probation Officer

Defendants must appear at all hearings unless notified by your attorney.
Attorneys should be prepared to continue a trial to the following day.

cc. Defendant
    Prosecutor

If the defendant is unrepresented at the time this trial/hearing is scheduled, the defendant is encouraged to seek counsel immediately. If counsel is obtained shortly before the scheduled date, counsel may find it difficult to give adequate representation. A continuance requested shortly before the scheduled date inconveniences many people and disrupts the efficiency of the court. Such continuances are frequently not granted. If a denial of such a continuance causes the defendant to have less than adequate representation, this court considers the defendant's delay to be a waiver of the defendant's right to counsel.