IN THE MUNICIPAL COURT OF TIFFIN-FOSTORIA, OHIO
213 S. Main St. Box 985
Fostoria, OH 44830

State Of Ohio (Fos) FILED TIFFIN-FOSTORIA *
                    MUNICIPAL COURT
                         OHIO          *

   Plaintiff      2026 JAN 14 P 1:01  *    Case No. TRD 2403704  A

  vs.                                  *

Cook, Rebecca A                         *    MOTION TO REVOKE PROBATION
602 S MAIN ST                                AND ORDER TO APPEAR
FOSTORIA, OH 45840                       *

   Defendant                        *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

    The undersigned probation officer moves the court to revoke
the defendant's probation and to impose the suspended portion of
the defendant's sentence, which is 90    days in jail, for the
reason that:

    REBECCA COOK FAILED TO REPORT TO THE PROBATION DEPT.
ON JANUARY 14, 2026 TO PROVIDE A URINARY DRUG SCREEN.
THIS IS A VIOLATION OF HER TERMS OF PROBATION.

Date: Jan 14, 2026

Probation Officer

ORDER TO APPEAR

    The defendant is ORDERED to appear at Tiffin-Fostoria
Municipal Court,    213 S. Main St. Box 985    Fostoria, Ohio 44830
(419) 435-8139 on January 27, 2026 At 9:00am
for a hearing to determine if there is probable cause to believe
that the defendant has violated the terms of probation.

Date:  Jan 14, 2026

Judge