**Subject** Ohio Public Records Request -

To: Clerk of Court

Tiffin–Fostoria Municipal Court

213 South Main Street

Fostoria, Ohio 44830



RE: **PUBLIC RECORDS REQUEST - SURETY BOND AND OATH OF OFFICE AND JUDGE RHONDA LYNN BEST LICENSE TO PRACTICE LAW**

**Requestor:** rebecca-ann:cook

602 south main street

Fostoria, ohio 44830

Rebecca1980cook@gmail.com

419-740-4517

Pursuant to the **Ohio Records Request Act**, Ohio Revised Code § 149.43, I hereby request copies of the following public records maintained by or on behalf of, the Tiffin - Fostoria Municipal Court:

1. **Security/Surety Bond** records for:

   - **Judge Rhonda Lynn Best**, including original bond, certificates, declarations pages riders, policy numbers, effective dates, and coverage limits.

- **Prosecutor Barbara Dibble,** including original bond, certificates, declarations pages, riders, policy numbers, effective dates, and coverage limits.

2. **Oath of Office** for:

  - **Judge Rhonda Lynn Best,** including signed oath, date executed, authority before whom sworn, and any commission or certificate of qualification.

  - **Prosecutor Barbara Dibble,** including signed oath, date executed, authority before whom sworn, and any commission or certificate of qualification.

If these records are maintained by another office, agency, or custodian, please the responsible party and forward this request as required by law.

I request that all records be provided in **electronic PDF format** if available. If any portion of this request is denied, please provide the **specific statutory authority** for the denial and release any non - exempt portions.

Please provide these records **immediately**. Under R.C. 149.43, public records must be available promptly.

Please be advised that failure to provide these records promptly constitutes a violation of **Ohio Revised Code § 149.43(B)**. Such failure may also violate **Ohio Constitution, Article 1, Section 16** (access to court records and due process) and **Article XV, Section7** (oath of office requirement). Federal law, including **U.S. Constitution, Article VI, Clause 3, 42 U.S.C. § 1983**, and **18 U.S.C. § 242,**

provides remedies for deprivation of rights under the color of law. Ohio Public Records Act - R.C. 149.43(A)-(C). Any denial or delay may subject responsible parties to legal and civil consequences.

Respectfully,

_____

**Rebecca-ann:cook**

UCC 1-308 All Rights Reserved

Without Prejudice