IN THE TIFFIN-FOSTORIA MUNICIPAL COURT

213 South Main Street
Fostoria, Ohio 44830
(419) 435-8139

EXHIBIT #5

Petitioner:
Rebecca-Ann; Cook, I thy living woman
602 South Main Street
Fostoria, Ohio 44830
Email: Rdiaz341980@gmail.com

Respondent:
City of Fostoria / Chief of Police Gabriel Wedge
Fostoria Police Department
213 South Main Street
Fostoria, Ohio 44830

## 1. MOTION FOR PUBLIC HEARING

Rebecca-Ann; Cook, I thy living woman, sui juris, respectfully petitions this Honorable Court to schedule a public hearing for the purpose of entering into the official court record the attached Notice of Federal Law Violations, Demand to Cease and Desist, and Preservation of Rights, previously served upon Chief of Police Gabriel Wedge, City of Fostoria Police Department.

Grounds for Motion

1. Petitioner has served notice upon Chief of Police Gabriel Wedge concerning ongoing violations of federal law, constitutional rights, and due process protections.

2. Said notice includes a demand for the immediate cessation of unlawful practices and preservation of all rights reserved under the U.S. Constitution, federal law, and applicable state law.

3. Under Title 18 U.S.C. § 241 (Conspiracy Against Rights) and Title 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law), any public official, officer, or person acting under color of law who deprives, conspires to deprive, or threatens to deprive a living woman or man of federally protected rights is subject to criminal liability, fines, and imprisonment.

page 1

4. Failure to comply with this lawful notice constitutes willful violation of federal law, for which the responsible parties shall be held accountable.

5. To ensure transparency, accountability, and the preservation of the public record, Petitioner seeks a public hearing before this Court so the matter may be duly recorded.

Relief Requested

Petitioner respectfully requests that this Court:

1. Set this matter for a public hearing at the earliest available date;

2. Enter into the official record the attached Notice of Federal Law Violations, Demand to Cease and Desist, and Preservation of Rights;

3. Recognize that under 18 U.S.C. §§ 241–242, non-compliance constitutes a federal offense and that all individuals, including Chief Wedge, may be held personally accountable;

4. Ensure that the rights of the Petitioner are preserved in accordance with federal law, constitutional protections, and the rule of law.

Respectfully Submitted,
*[signature]*

Rebecca-Ann; Cook
I thy living woman, sui juris
602 South Main Street
Fostoria, Ohio 44830
Email: Rdiaz341980@gmail.com

Dated: September 30th, 2025


2. EXHIBIT A – NOTICE OF FEDERAL LAW VIOLATIONS, DEMAND TO CEASE AND DESIST, AND PRESERVATION OF RIGHTS

From: Rebecca-Ann; Cook, I thy living woman, sui juris
602 South Main Street
Fostoria, Ohio 44830
Email: Rdiaz341980@gmail.com

To: Chief of Police Gabriel Wedge
Fostoria Police Department
213 South Main Street
Fostoria, Ohio 44830

Date: September 30th, 2025

NOTICE AND DEMAND

I, Rebecca-Ann; Cook, a living woman, sui juris, hereby give formal Notice and Demand to you, Chief Wedge, and all officers, agents, employees, and representatives acting under the City of Fostoria Police Department, that you are in violation of federal law and constitutional protections.

Federal Law Violations

1. 18 U.S.C. § 241 – Conspiracy Against Rights

2. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

3. 18 U.S.C. § 245 – Federally Protected Activities

Constitutional Protections

First Amendment – Right to petition, speech, and assembly

Fourth Amendment – Right against unlawful search and seizure

Fifth & Fourteenth Amendments – Right to due process of law

Demand to Cease and Desist

You are hereby ordered to:

1. Cease and desist immediately from all unlawful actions, harassment, intimidation, or deprivation of rights against me, Rebecca-Ann; Cook, I thy living woman

2. Preserve all records, body camera footage, reports, communications, and evidence related to actions taken against me

3. Acknowledge receipt of this Notice and take corrective measures to ensure no further violations

Preservation of Rights

All rights are hereby reserved under UCC 1-308 and the U.S. Constitution

Failure to comply constitutes willful violation of 18 U.S.C. §§ 241–242, for which you and any acting officers may be held personally and criminally liable

*Rebecca Cook*    9-30-25

### 3. NOTARY ACKNOWLEDGMENT

State of Ohio )
County of  Seneca  )

On this 30th day of September, 2025, before me, the undersigned Notary Public, personally appeared Rebecca-Ann; Cook, known to me (or satisfactorily proven) to be the living woman whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

DEBORAH S. SHAULL
NOTARY PUBLIC STATE OF OHIO
My Commission Expires 12/10/25

Notary Public *Deborah S Shaull*

My Commission Expires: 12/10/2025

### 4. CERTIFICATE OF SERVICE

Page 4

I, Rebecca-Ann; Cook, I thy living woman, certify that on this 30th day of September, 2025, I served a true and correct copy of this Notice and Demand upon:

Chief of Police Gabriel Wedge
Fostoria Police Department
213 South Main Street
Fostoria, Ohio 44830

by:
☑ Registered Mail
☐ Hand delivery
☐ Certified Mail, Return Receipt Requested
☐ Other: _____


Rebecca-Ann; Cook
I thy living woman

Page 5