# NOTICE OF FEDERAL LAW VIOLATIONS, DEMAND TO CEASE AND DESIST, AND PRESERVATION OF RIGHTS

To: Chief of Police Gabriel Wedge
Fostoria Police Department
213 South Main Street
Fostoria, Ohio 44830

From: Rebecca■Ann: Cook
602 South Main Street
Fostoria, Ohio 44830
Email: Rdiaz341980@gmail.com

DATE: September 30, 2025

EXHIBIT #5A

I, Rebecca■Ann: Cook, a living American woman and beneficiary of constitutional rights, hereby place on official record the following:

1. Officers of the Fostoria Police Department, including but not limited to Cole Noftz, Tim Ink, and Sergeant Brandon Bell, have engaged in harassment, intimidation, stalking, threats, perjury, racketeering, and due process violations against me.

2. These actions interfere with my life, liberty, and pursuit of happiness, as guaranteed by the Constitution of the United States and the Bill of Rights.

3. These acts violate the supreme law of the land, including Article VI of the U.S. Constitution, Article I Section 10, the 5th Amendment (Clause 1), and the 14th Amendment, as well as federal law, including but not limited to 18 U.S.C. §§ 241, 242, 1621, 1622, the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961–1968), and 42 U.S.C. § 1983.

4. The Chief of Police, Gabriel Wedge, has a constitutional and legal duty to ensure that all officers under his command uphold the laws and Constitution of the United States. Failure to do so will result in personal accountability and federal consequences. No city, state, or local authority has the power to alter or override the Constitution of the United States.

5. The officers named above, acting outside the scope of their authority, have violated their oaths of office, committed federal crimes, and infringed upon the constitutional rights of the American people. These acts constitute perjury, conspiracy, racketeering, and deprivation of rights under color of law.

6. Be advised: I have hundreds of American people standing with me as witnesses and supporters, and I will pursue full federal legal action, including criminal charges and civil liability, if these unlawful actions continue.

7. The Chief of Police, Gabriel Wedge, is hereby reminded that the supreme law of the land is derived from the sovereign people. As the Preamble to the Constitution declares: 'We the People... do ordain and establish this Constitution for the United States of America.' The authority of government is limited, and officers must act within constitutional boundaries or face legal consequences.

8. The Constitution is binding upon all public servants who have sworn an oath of office to uphold it. Under Article VI of the U.S. Constitution and the Oath of Office of the State of Ohio, every officer is bound to defend the Constitution as the ultimate law. No deviation or violation will be tolerated.

**DEMAND: You are hereby ordered to immediately cease and desist all unlawful conduct, harassment, intimidation, and violations of constitutional rights against me or any other American citizen. You are further directed to preserve all records, body■cam footage, communications, and evidence related to these matters, as they will be subpoenaed in federal court.**

**CONSEQUENCES: Should you disregard this Notice, you and your officers will face immediate legal action in federal court, including both civil and criminal liability under the aforementioned laws.**

*[signature: Rebecca Ann Cook]*
Rebecca■Ann: Cook
Living American Woman

Notary Acknowledgment
State of Ohio, County of ___Seneca___
Subscribed and sworn before me on this 30th day of ___Sept.___, 2025.

*[signature: Deborah S. Shaull]*       DEBORAH S. SHAULL
Notary Public                          NOTARY PUBLIC STATE OF OHIO
                                       My Commission Expires 12/10/26

Certificate of Service:
I, Rebecca■Ann: Cook, certify that on this ____ day of _____, 2025, I served this Notice upon Chief of Police Gabriel Wedge, Fostoria Police Department, by Registered Mail.