# AFFIDAVIT OF REBECCA-ANN:COOK

EXIBIT #4

I, **Rebecca-Ann: Cook**, being first duly sworn, declare, state, and affirm under penalty of perjury pursuant to **28 U.S.C. § 1746** that the following statements are true and correct to the best of my personal knowledge, information, and belief:

All who have **continued** to **engage** in concert **under the color of law** are each **personally reliable** for the **criminal** bad behavior.

The **authority** to **issue orders, create strict liability** or **without oversight, without the benefit** of **lawful authority**.

I'm **making** this **claim** and seeking **remedy** because I have a **substantive fundamental right** to enjoy **Life, Liberty** and the **Pursuit of Happiness**.

**Due Process** has been **denied** and my **Constitutional rights** have been **violated** throughout all **traffic cases** as **fraud** upon the court as **shown** herein.

I **do not** know what is going to **happen** to me as I am under **threat** and **intimidation** by Judge **Rhonda Lynn Best** who put me on **reporting** probation for a **traffic ticket** that is **not criminal** only **civil**, facing **90 days** over my head that could cause **hardship** to me and my **emotional support animals** who are **ESA** registered, become **unemployed**, become **homeless, lose all my belongings** and vehicle.

I am **scared** of the Fostoria Ohio Police Department **officers, Probation officers**, Judge **Rhonda Lynn Best** and prosecutor **Barbara Dibble**. So I need for you to investigate **IMMEDIATELY please**, because this **involves** my

**Constitutional Rights** and my **guaranteed right** to **Life, Liberty** and **The Pursuit of Happiness** and I will **hold everyone involved accountable** to the **full extent** of the **federal** and **state laws.**

## I. AFFIANT IDENTIFICATION

1. I am a natural person, competent to testify to the matters stated herein.

2. I am the defendant in traffic-related proceedings originating in the **Tiffin-Fostoria Municipal Court** in Fostoria, Ohio.

## II. JURISDICTIONAL STATEMENT

1. This affidavit is made in support of complaints, and requests for investigation concerning alleged violations of the **United States Constitution,** the **Ohio Constitution,** and **federal** and **state law.**

2. All statements herein are presented as claims for purposes of **investigation,** review, and **judicial determination.**

## III. FACTUAL ALLEGATIONS

### Nature of the Proceedings

1. The **traffic proceedings** brought **against me** was not **criminal** in nature, but rather operated as a **civil** or **quasi-civil enforcement action** designed to **compel** payment of **fines, costs, fees,** or other monetary assessments.

2. Such **proceedings** function as **debt-collection mechanisms**, whereby **failure** to **comply** results in **threats** of arrest, incarceration, or additional penalties.

3. The **compelling attendance** under **threat** of **jail** for nonpayment or nonappearance constitutes **coercion** and **intimidation**, rather than **voluntary** participation.

4. I never **knowingly, voluntarily,** or **intentionally** consented to any contract—express or implied—with the court, the municipality, or the State of Ohio.

5. I **expressly stated** several times that I **do not** wish to **contract, consent,** or **enter** into **any agreement** with the the **Tiffin-Fostoria Municipal Court** or the **City of Fostoria**.

6. The proceeding against me despite the absence of consent violated **fundamental principles** of **due process**.

**Wrongful Conviction**

5. On or about **April 8, 2025**, I was **tried** and **convicted** of Driving Without a License in the **Tiffin-Fostoria Municipal Court**.

6. The presiding Judge was **Rhonda Lynn Best**, and the prosecuting attorney was **Barbara Dibble**.

7. The conviction **relied**, in whole or in part, on a **prior** traffic matter

from approximately **2010** involving a suspension, which I was **improperly** used despite **Ohio law** generally limiting look-back periods for enhancement or consideration to five years, **absent** specific statutory authorization.

### Right to Self-Representation

1. Prior to trial, I made a **written motion** to **remove** appointed **counsel** so i could do the **case** on my own.

2. The **appointed** public defender was **Alex Smith** also known as **Wilson Alexander Smith.**

3. Judge **Rhonda Lynn Best** denied my **request** to discharge counsel and **forced** representation upon me without my **consent**, against my **expressed will**.

4. This action **violated** my **rights** under the **Sixth Amendment** to the United States Constitution and **Article I, Section 10** of the Ohio Constitution.

### Trial Readiness, Discovery, and Evidence

1. I was not **provided** full discovery, including but not limited to police body-worn camera footage and related **evidence**.

2. I was not afforded **sufficient** time or **opportunity** to prepare a defense, call witnesses, or present evidence.

   3. **Proceeding** to trial under **these** conditions **deprived** me of a meaningful opportunity to be **heard**.

### Jury Trial

   1. I was **denied a jury trial** of **my peers**, despite requesting a **fair** and impartial adjudication.

   2. The **bench trial** proceeded without a **knowing, intelligent,** and **voluntary** waiver of my **right** to a **jury trial**.

### Conduct of Officials

   1. Judge **Rhonda Lynn Best** and Prosecutor **Barbara Dibble** acted in concert, **under color of law**, in a manner that **deprived** me of **constitutional rights**.

   2. There was severe **misconduct** by Officer **Cole Noftz**, Officer **Tim Ink**, and Sergeant **Brandon Bell**, including **harassment, selective enforcement,** and actions outside the scope of **lawful authority**.

   3. The patterns of **conduct** amounting to **retaliation, harassment,** and denial of **due process**.

## IV. CONSTITUTIONAL RIGHTS ALLEGEDLY VIOLATED

### Right to Travel

   1. In several **affidavits** I filed with the **Tiffin-Fostoria Municipal Court** I stated

I have a **fundamental right** to travel, including interstate travel, as **recognized** by the **United States Supreme Court**, and the enforcement actions taken against me **unlawfully** burdened that **right** when applied to my use of a **private automobile** for **lawful purposes**.

2. I **rely** upon Supreme Court precedent recognizing the **right to travel**, including but not limited to **Kent v. Dulles, 357 U.S. 116 (1958); Shapiro v. Thompson, 394 U.S. 618 (1969); and Saenz v. Roe, 526 U.S. 489 (1999)**, among others, as authority for the proposition that governmental action may not unreasonably abridge this **fundamental right** absent due process and **lawful** justification.

3. The application of **licensing** and **enforcement mechanisms** in my case operated as an **unconstitutional** condition and an **unlawful** restraint on the **right to travel**, for purposes of **judicial** review and **investigation**.

**Enumerated Constitutional Protections**

1. **First Amendment** – Right to petition the government for redress of grievances.

2. **Fourth Amendment** – Protection against unreasonable searches and seizures.

3. **Fifth Amendment** – Right to due process of law.

4. **Sixth Amendment** – Right to counsel of choice, right to self-representation, right to a fair and speedy trial, right to confront witnesses, and right to compulsory process.

5. **Eighth Amendment** – Protection against excessive fines and penalties.

6. **Fourteenth Amendment** – Due process and equal protection of the laws, including protection of the fundamental right to travel and freedom from arbitrary deprivation of liberty.

7. **Ninth Amendment** – Reservation of unenumerated rights retained by the people, including the right to travel.

8. **Tenth Amendment** – Reservation of powers not delegated to the United States to the States or the people.

9. **Privileges and Immunities Clause** – U.S. Const. art. IV, § 2 and the Fourteenth Amendment, as applicable to free movement and equal treatment.

10. **Supremacy Clause** – U.S. Const. art. VI, cl. 2, establishing the Constitution and Supreme Court precedent as the supreme law of the land.

11. **Ohio Constitution, Article I**, Sections **1, 2, 10**, and **16**.

## V. STATUTORY AND CIVIL RIGHTS CLAIMS

### Conspiracy and Racketeering

1. **18 U.S.C. § 241** – Conspiracy against rights.

2. **18 U.S.C. § 242** – Deprivation of rights under color of law.

3. **42 U.S.C. § 1983** – Civil action for deprivation of rights.

4. **18 U.S.C. § 872** – Extortion by officers or employees

5. **Ohio Revised Code § 2921.03** – Intimidation.

6. **Ohio Revised Code § 2921.44** – Dereliction of duty.

7. **18 U.S.C. §§ 1961–1964 (RICO)** – The judge, prosecutor, and involved law enforcement officers acted together as an association-in-fact enterprise, engaging in a pattern of racketeering activity under color of law, including alleged extortion, obstruction, fraud upon the court, and deprivation of rights, for purposes of investigation and judicial review.

## VI. OATH OF OFFICE, AUTHORITY, AND CREDIBILITY

1. Judge **Rhonda Lynn Best**, Prosecutor **Barbara Dibble**, and the involved law enforcement acted without demonstrating valid authority, including proof of a properly executed and current **oath** of office as required by **law**.

2. No certified copies of **oaths signed** to "We The People" or the surety bond for the judge **Rhonda Lynn Best**, Prosecutor **Barbara Dibble**, or **officers** were produced or entered into the record upon request.

3. The **absence** of a **valid oath** to **"We The People"**, actions taken under **color of law** void or voidable and subject to challenge.

4. **Tiffin-Fostoria Municipal Court** permitted law enforcement officers **Cole Noftz** and **Tim Ink** to serve as the only **witnesses** for the prosecution, despite **credibility** issues, inconsistencies, and **false statements**, thereby depriving me of a **fair** and **impartial** proceeding.

5. The **testimony** provided by the judge **Rhonda Lynn Best**, prosecutor **Barbra Dibble**, and officer **Cole Noftz** and officer **Tim Ink** material misrepresentations, constituting **fraud** upon the court and **perjury**, for

purposes of **investigation** and **review**.

6. I expressly state that I am a **living woman**, a **natural human** being, and not a **corporation, artificial entity,** or **legal fiction**. I expressly **objected** to any treatment of me as such and clarify that I am **not waiving** any **rights** by appearance or participation.

## VII. RECORD PRESERVATION

1. I **possess** audio recordings of **criminal crimes** in these **court proceedings**.

2. I **maintain** a **paper trail** related to the traffic matters, filings, affidavits and correspondence.

3. These **materials** are **preserved** to prevent alteration or misrepresentation of the **record**.

4. I also have **proof** my **criminal traffic** court **proceedings** are **bonds**.

## VII. FINANCIAL AND IDENTITY-RELATED CLAIMS

1. My all **caps name, social security number,** and **date of birth** were used **without my consent** in connection with fines, bonds, or other financial Instruments.

2. **Unlawful enrichment** and **seek** reimbursement subject to lawful proof and **adjudication**.

3. Any references to my **cestui que vie trust,** or **estates** herein are stated as claims for **investigation** and I **do not** waive the requirement of strict proof under applicable **federal** or **state law**.

## VIII. REQUESTS FOR RELIEF

1. Immediate **vacatur** and **nullification** of all **judgments, orders, convictions, findings**, and arising from the proceedings against me, ab initio.

2. Complete **expungement** and **destruction** of **all records, files,, transcripts, reports, databases**, and **references** maintained by the **Tiffin-Fostoria Municipal Court**, clerk, prosecutor, law enforcement agencies, and any third parties **relating** to **these matters**.

3. An **order** declaring the proceedings **void** due to lack of **lawful authority, due process violations**, and actions taken under **color of law**.

4. Full **restitution** and **reimbursement** of all **monies** taken from me, including fines, fees, costs, bonds, and any funds **seized** or **collected** directly or indirectly, with interest as allowed **by law**.

5. An **accounting** of any use of **my name, identifying information**, or **personal data** in connection with these **proceedings**.

6. **Criminal** and **civil investigation** of all individuals involved, including but **not limited** to Judge **Rhonda Lynn Best**, Prosecutor **Barbara Dibble**, and the involved law enforcement officers **Cole Noftz, Tim Ink** and **Brandon Bell**, for alleged violations of **federal** and **state law**.

7. A determination of **personal liability** to the **fullest extent** permitted **by law** for any individual found to have **acted** outside the scope of **lawful authority**.

8. Production of **certified copies** of all **oaths** signed to **"We The People"** and fidelity, or liability bonds, and application of such bonds where applicable.

9. Preservation of all **records, recordings,** and **communications** pending final **resolution** and **investigation** immediately.

10. Any other **relief** deemed just, proper, and necessary to **restore** me to my status prior to the challenged **proceedings**.

11. A finding that the proceedings **operated** as **coercive civil** debt enforcement, not a **lawful criminal** prosecution.

12. A declaration that **threats** of arrest or incarceration for **nonpayment** or **nonappearance** constitutes **unlawful** coercion and **intimidation** absent **due process**.

13. **Vacatur** of the **conviction** and a new, fair jury trial, or dismissal as warranted by law.

14. **Full** disclosure of **discovery** and **evidence**.

15. **Preservation** of all **records**, recordings, and communications.

16. Any other **relief** deemed just and proper by a **court** of competent **jurisdiction**.

17. Independent **investigation** by appropriate authorities.

18. **Vacatur of the** conviction and a new, fair **jury trial**, or **dismissal** as warranted by **law**.

## IX. OATH AND VERIFICATION

1. Please verify Judge **Rhonda Lynn Best** signed **Oath** to " We The People" that I asked for in an affidavit I filed with the **Tiffin-Fostoria Municipal court**.

2. Please **verify** Prosecutor/Attorney **Barbara Dibble** signed **Oath** to "We The People" that I asked for in an **affidavit** I filed with **Tiffin-Fostoria Municipal Court**.

I declare under penalty of perjury that the foregoing is true and correct.

---

**Rebecca-Ann: Cook Affiant**      **Date**


State of _____ County of _____
The foregoing instrument was acknowledged before me
this _____ day of _____, 20 _____
By _____
_____, Notary Public
My Commission Expires: _____