# NOTICE OF LIABILITY 

**FROM:** rebecca-ann:cook and on Behalf of Seneca County Ohio Families

**TO:** Ohio Bar Association — Robert J. Rice; William G.Chris; Janice Allen Baughman; Daniel R. Griffin; Mary Amos Augsburger; Craig Howell

**DATE:** 12/14/2025

**SUBJECT:** JUDGE RHONDA LYNN BEST; PROSECUTOR BARBARA DIBBLE; WILLIAM ALEXANDER SMITH

By receipt of this Notice pursuant to Ohio Civ. R. 5(B)(2)(f), the Ohio Board of Professional Conduct and all their members are hereby placed on formal notice of felony violations committed under color of law. Pursuant to 18 U.S.C. § 4 (Misprision of Felony), any person having knowledge of the commission of a felony who fails to report it to the proper authorities is themselves complicit in concealment of that felony. Accordingly, each commissioner now has a legal and moral duty to act upon this notice and ensure that these violations are properly investigated and referred for prosecution under both state and federal law.

Numerous families within the Seneca County, Ohio court system have

documented and reported a collection of judicial misconduct, including allegations of fraud upon the court, judicial biases, abuse of authority, and violations of sworn oaths of office and the United States Constitution. Without doubt, the officials named in the affidavit attached have engaged in conduct that grossly undermines the integrity of the judicial process, constituting violations of federal law. Such misconduct has been evidenced and documented as a pattern of criminality for an extended number of years.

As these matters are now the subject of existing federal inquiries, you are hereby placed on notice that continued endorsement of the named individuals Judge Rhonda Lynn Best; Prosecutor/Attorney Barbara Dibble; Attorney William Alexander Smith could further implicate you in any wrongdoing uncovered. *All recipients are on notice to preserve all documents and electronically stored information relevant to this matter, including but not limited to previous complaints issued against these state agents, emails, case notes, ledgers, notices, recordings, texts, audit trails, contractor files, bonds and policies.*

There is hereby no waiver of Reservations of Rights and the undersigned and all other aggrieved parties reserve all rights and remedies under the Constitution, federal law, state law, and common law to seek redress for harm resulting from the alleged misconduct. Failure to address these matters may result in civil or criminal complaints, including but not limited to conspiracy and deprivation of rights under the color of law 18

U.S.C. § 241, 242, and claims for damages under 42 U.S.C. § 1983

*For the victims who remain unnamed due to fear or retaliation, their silence is not an indication of absence, but rather a direct consequence of the climate of judicial intimidation and abuse that must be addressed in Seneca County Ohio. Accordingly, on behalf of injustice, this is respectfully submitted by:*

_____

Rebecca–Ann:Cook

*UCC 1-308\ All rights reserved without prejudice.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **NOTICE OF LIABILITY** was served upon the following by sending this communications pursuant to Ohio Civ. R. 5(B)(2)(f) on the 15th day of December, 2025.