

**Office of the Ohio Attorney General**
Collections Enforcement Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215

December 25, 2025

Cook, Rebecca A
602 S Main St
Fostoria OH 45840

EXIBIT #9

Re: TIFFIN-FOSTORIA MUNICIPAL COURT
UNPAID TRAFFIC COURT COSTS
Account No.: 23107824     Amount Due: $1,292.50
Customer Reference Number: TRD2403040

Dear Sir or Madam:

The debt owed to TIFFIN-FOSTORIA MUNICIPAL COURT has been referred to the Ohio Attorney General's Office for collection pursuant to Ohio Revised Code 131.02.

Please be advised that collection costs have been attached to your debt and they will continue to increase until the debt is paid in full.

Interest, fees, and penalty will apply.  Collection efforts may include liens, attachments, foreclosures, garnishments, sheriff's sales, cancelled or denied liquor permits, capturing your tax refunds, lottery winnings, and/or unclaimed funds, and your account being turned over to an attorney for litigation, when applicable.

Please contact AN ACCOUNT REPRESENTATIVE at (888) 871-8838 to discuss this matter or make arrangements to pay this debt. Alternatively, you may pay by one of the following methods.
1. The Internet at www.ohioattorneygeneral.gov
2. Mail a certified check or money order made payable to the Ohio Treasurer of State.  The above referenced account number must be on the payment to ensure proper processing of the payment.  Payment will not be accepted by TIFFIN-FOSTORIA MUNICIPAL COURT; please detach and return the coupon with your payment to:

Ohio Attorney General
PO Box 89471
Cleveland, OH  44101-6471

Thank you for your prompt attention to this matter.
Sincerely,

Collection Enforcement Section

LTTR71



Collections Enforcement
PHONE 614.466.8360   FAX 614.752.9070   www.ohioattorneygeneral.gov

Attachment to LTTR71 ACCOUNT INFORMATION 12-22-2025

Data Reference# XXX-XX-2472

```
AG Account#  Client Reference#         Balance
23107824     TRD2403040                 325.60
23107825     TRD2403041                 325.60
23107826     TRD2403704A                613.80
23107827     TRD2403704B                 27.50
TOTAL AMOUNT DUE:                     1,292.50
```