IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO

Rebecca Ann Cook )
Plaintiff(s) )
) CASE NO. 3:26 CV 0266
vs. )
) JUDGE JUDGE KNEPP
Rhonda Lynn Best )
at Al )
Defendant(s) )

NOTICE OF MANUAL FILING

EXIBIT 10 Conversation of Prosecutor
EXIBIT 11 Trial 4/8/2025
EXIBIT 12 Testimony to the Trial Hearing officer testimony of Color of T-Shirt

Rebecca Ann Cook
602 South Main Street
Fostoria, Ohio
44830
(419) 740-4517