IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO

**FILED**
FEB 02 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Rebecca Ann Cook
Plaintiff(s)

vs.

Rhonda Lynn Best
at AL
Defendant(s)

CASE NO. 3:26 CV 0266

JUDGE KNEPP

JUDGE _____

Please See attached exhibits EXHIBIT 10 Conversation of Prosecutor, EXHIBIT 11 Trial 4/8/2026, Exhibit 12 Testimony evidence of officer statement different color T-Shirt in support of complaint.

Rebecca Ann Cook
602 South Main Street
Fostoria, Ohio
44830